**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2274**

---

CHARLES WILLIAM LEVY,

                          Plaintiff - Appellant,

     versus

COUNTY OF FAIRFAX,

                          Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, District Judge. (CA-97-1151-A)

---

Submitted: November 20, 1997       Decided: December 9, 1997

---

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Charles William Levy, Appellant Pro Se. Edward Everett Rose, III, COUNTY ATTORNEY'S OFFICE, Fairfax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to the County of Fairfax on his civil action arising out of his eviction from his apartment. Because there is no evidence in the record to support any claim against Fairfax County, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED